JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AYALA, JR., ) | Case No. CV 05-4940-GAF (OP) |
| Petitioner, ) | J U D G M E N T |
| vs. ) | |
| A. P. KANE, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) and directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: 2/6/08

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10
11  GABRIEL AYALA, JR.,              )   Case No. CV 05-4940-GAF (OP)
                                     )
12                Petitioner,        )   ORDER ADOPTING FINDINGS,
                                     )   CONCLUSIONS, AND
13       vs.                         )   RECOMMENDATIONS OF
                                     )   UNITED STATES MAGISTRATE
14  A. P. KANE, Warden,              )   JUDGE
                                     )
15                Respondent.        )
                                     )
16  ─────────────────────────────

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18  records and files herein, and the Report and Recommendation of the United States
19  Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and
20  recommendations of the Magistrate Judge.
21  / / /
22  / / /
23  / / /
24
25
26
27
28

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: 2/6/08

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge